**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7138**

ABDULLAH MALLICK HOLMES,

        Plaintiff - Appellant,

    v.

T A VAN DORAN, Detention Director; RICHARD DARLING, Operations Lieutenant,

        Defendants - Appellees,

    and

DORCHESTER COUNTY DETENTION CENTER,

        Defendant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. J. Michelle Childs, District Judge. (0:11-cv-01325-JMC)

Submitted: November 20, 2012      Decided: November 27, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abdullah Mallick Holmes, Appellant Pro Se. Alissa Robyn Collins, James Albert Stuckey, Jr., STUCKEY LAW OFFICES, PA, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdullah Mallick Holmes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holmes v. Doran, No. 0:11-cv-01325-JMC (D.S.C. June 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED